**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GZ USA, INC., | Case No. 24-11020 (LGB) |
| Debtor. | (Subchapter V) |

**FINAL DECREE CLOSING THE DEBTOR'S SUBCHAPTER V**
**CHAPTER 11 CASE PURSUANT TO SECTION 350(A) OF THE**
**BANKRUPTCY CODE AND BANKRUPTCY RULE 3022**

UPON the application (the "Application") [1] [ECF No. 124] of the above-captioned reorganized debtor[2] (the "Reorganized Debtor" and, before the Effective Date of the Plan, the "Debtor"), for entry of a final decree closing the Chapter 11 Case pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, all as more fully set forth in the Application; and the relief requested being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and there being no objection to the Application; and a Certificate of No Objection having been filed [ECF No. 127]; and upon the record incorporated herein; and the Court having determined that there exists just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED to the extent set forth herein.

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Application.

[2] The last four digits of the Reorganized Debtor's federal tax identification number are 4626.  The Reorganized Debtor's mailing address is 126 East 56th Street, 5th Floor, New York, NY 10022.

2.      Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtor's above-captioned chapter 11 case is hereby closed; provided, however, that this Court shall retain such jurisdiction as is provided in Article XIV of the Plan, which provides for the retention of this Court's exclusive jurisdiction over all matters arising in, out of, or related to, this Chapter 11 Case and the Plan.

3.      The entry of this Final Decree is without prejudice to the rights of the Reorganized Debtor or any party in interest to seek to reopen this case for good cause shown.

4.      For the avoidance of doubt, this Order shall not modify the Reorganized Debtor's remaining obligations under the Plan or any order of the Bankruptcy Court.

5.      The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

**Dated: August 1, 2025**
**New York, New York**

*/s/ Lisa G. Beckerman*
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**